# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2016

Robert P. Young, Jr.,
Chief Justice

151728(24)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

VALERIE L. ROTH,
       Plaintiff/Counter-Defendant-
       Appellee,

v

GARY L. ROTH,
       Defendant/Counter-Plaintiff-
       Appellant.

SC: 151728
COA: 324180
Ingham CC: 08-003698-DM

_____/

      On order of the Court, the motion for reconsideration of this Court's March 8, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2016



p0620

Clerk